DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LUIS ROJAS ARAUJO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2025-1221
_____

April 10, 2026

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


LUCAS, C.J., and LaROSE and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.